# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>LEAF123, INC. (F/K/A NATROL, INC.), et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 14-11446 (BLS)<br><br>(Jointly Administered) |
| NATROL LLC,<br><br>        Plaintiff<br><br>vs.<br><br>PLETHICO PHARMACEUTICALS LIMITED, PLETHICO GLOBAL HOLDINGS B.V., PLETHICO US HOLDINGS KFT, LEAF123, INC. (F/K/A NATROL, INC.), LEAF123 HOLDINGS, INC. (F/K/A NATROL HOLDINGS, INC.), LEAF123 PRODUCTS, INC. (F/K/A NATROL PRODUCTS, INC.), LEAF123 DIRECT, INC. (F/K/A NATROL DIRECT, INC.), LEAF123 ACQUISITION CORP. (F/K/A NATROL ACQUISITION CORP.), LEAF123 NUTRITION, INC. (F/K/A PROLAB NUTRITION, INC.), AND LEAF123 RESEARCH INSTITUTE (F/K/A MEDICAL RESEARCH INSTITUTE),<br><br>        Defendants. | Adv. Pro. No. 15-_____ (BLS) |

**DECLARATION OF CHARLES J. CULLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; EXHIBITS**

## DECLARATION OF CHARLES J. CULLEY

I, Charles J. Culley, declare and state as follows:

1. Since July 2011, I have been employed as an Associate Director in Navigant Consulting's ("Navigant") Disputes and Investigations Technology Solutions group in Vienna, Virginia. My qualifications include more than fifteen years of digital forensic analysis and investigation related experience. As an Associate Director at Navigant, I consult with clients to provide industry-leading services and solutions in preparation of and response to matters related to electronically stored information ("ESI"). Specifically, I conduct and supervise the assessment and analysis of client data relating to computer crime, digital forensics, and data breach investigations for numerous globally positioned clients, including several Fortune 500 companies. Analyses I have conducted include searches for evidence of fraud, theft of trade secrets, etc., on computer media from desktops, laptops, mobile devices and server platforms; searches for evidence of reformatting; and searches to locate evidence of improper removal, duplication, destruction or transmission of email messages or files.

2. Prior to my employment with Navigant, I was a Director of Ignited Discovery's Digital Forensic Services group in Arlington, Virginia for approximately three years. While at Ignited, I performed digital forensic services in support of litigation and internal investigations; assessed and implemented new policies and procedures pertaining to digital evidence preservation, collection, storage and laboratory design in accordance with currently accepted industry practices; instructed and led other team members on current forensic technology and best practices and offered guidance on investigating digital related crime; and performed numerous data acquisitions and analysis on various computer systems. Before joining Ignited, I acted as the Senior Forensic Analyst for Cricket Technologies in Reston, Virginia, for approximately eight years. While at Cricket, I conducted computer forensic investigations; ensured compliance with accepted forensic procedures and guidelines of all digital media, computer and cell phone acquisitions and analysis; and conducted collection and analysis of client data for evidence related to an incident or dispute.

3. Attached hereto as **Exhibit A** is a copy of my Curriculum Vitae.

4. Through my employment with Navigant, I have been retained by Gibson, Dunn & Crutcher LLP ("Gibson Dunn") on behalf of its client, Natrol LLC ("Natrol"), to perform forensic analysis of ESI.

5. During such investigations, Navigant practices and follows standards and procedures recognized by the industry for the collection, preservation, and analysis of ESI. Since March 3, 2015, I have received and initiated custody of email messages (the "Email Archives") from Gibson Dunn via Secure File Transfer Protocol ("SFTP") that were represented to me as belonging to or associated with employees at Squar Milner, Plethico Pharmaceuticals Limited ("Plethico"), and Natrol. On March 6 and 9, 2015, at Natrol's headquarters in Chatsworth, California, Navigant personnel performed forensic collection of computer hard drives and network shares ("the Collected Images") used by specific employees at Natrol. Attached hereto as **Exhibit B** is a summary of the evidence acquired.

6. In connection with this matter, I have analyzed the following data: (1) a set of email messages in Microsoft Outlook PST format for the email account mkhoudagoulian@natrol.com ("Mesrop PST"); (2) a set of email messages in Microsoft Outlook PST format for the email account SMilner@Squarmilner.com ("Natrol S PST"); (3) a set of email messages in MSG format for the email account SMilner@Squarmilner.com ("SMilner MSG"); (4) a set of email messages in Microsoft Outlook PST format for the email account jkhudagulyan@natrol.com ("Archive2015 PST"); (5) another set of email messages in Microsoft Outlook PST format for the email account mkhoudagoulian@natrol.com ("Mkhoudagoulian PST"); (6) a set of email messages and attachments in various electronic document formats for the email account kmesrop@aol.com ("Kmesrop AOL"); (7) a set of email messages in Microsoft Outlook PST format for the email account rfrias@natrol.com ("Rfrias 2014 PST"); (8) a set of email messages in Microsoft Outlook PST format for the email account ikorikhman@natrol.com ("Ikorikhman 2014 PST"); (8) a set of email messages in Microsoft Outlook PST format for the email account csp.plethico@natrol.com ("CSP

2

Plethico PST"); (9) a set of email messages in Microsoft Outlook PST format for the email account csp@natrol.com ("CSP Natrol PST"); (10) a set of email messages in Microsoft Outlook PST format for the email account rhiraga@natrol.com ("Rhiraga PST"); (11) a set of email messages in Microsoft Outlook PST format for the email account jkhudagulyan@natrol.com ("Jeniak Archive PST"); (12) a set of email messages in Microsoft Outlook PST format for the email account mpsomas@natrol.com ("Mpsomas Archive PST"); (13) a set of email messages in Microsoft Outlook PST format for the email account tspaeth@natrol.com ("Tspaeth Archive PST"); (14) the forensic image of a Dell desktop computer identified as being used by Jenia Khudagulyan ("Jenia Khudagulyan Desktop"); and (15) the forensic image of a Dell laptop computer identified as being used by Mesrop Khoudagoulian ("Mesrop Khoudagoulian Laptop").

    7.    The following is a summary of the steps I performed to analyze the above ESI. After receipt of the Email Archives transferred from Gibson Dunn via SFTP, I assigned unique Evidence Identifiers, initiated Chain of Custody documentation, and generated MD5 hash values for all files received. The hard drives containing working copies of the Email Archives and the Collected Images were attached to a forensic write-block device, which allowed me to work with the evidence media without altering the original data. The hard drives were then connected to a forensic workstation to create a working copy of the data. As part of standard operating procedures, the integrity of the Collected Images and Email Archives was verified against the original hash values recorded. I then used industry recognized forensic and electronic discovery software tools to analyze and search the data. These tools include Encase v6.19.7 and v7.10.03 (by Guidance Software), Forensic Toolkit v5.6 (by Access Data), X-ways Forensics 18 (by X-Ways Software), Aid4Mail 3 (by Fookes Software), and Metadata Assistant 4 by PayneGroup.

**Originating IP Address**

    8.    As part of my analysis, I analyzed email header information available in messages sent by plethico.com accounts ("Plethico accounts") as well as messages sent by

3

fabtechprojects@yahoo.com and fabtechfinance@yahoo.com (collectively, the "Fabtech Yahoo accounts").

9. Email messages contain additional information outside of the viewable body content that is referred to as "metadata." Metadata is data about data, which can provide context surrounding a file and its contents. Metadata specific to email includes information related to the initial creation of the email message as well as the specific path traveled through the Internet before reaching a destination mailbox, which is mostly located in an out-of-view area called the "email header."

10. An email header frequently contains metadata related to the specific origination of an email message, including the Internet Protocol address ("IP address") that identifies the particular computer or email server that sent it, or, where the sender's computer is part of an internal private network (*e.g.*, a company intranet), the router connecting that private network to the public Internet. This information is often labeled "originating IP" in an email header, but can also be contained in other places within the header.

11. In my analysis, and as reflected in **Exhibit D.1**, I found that 198 email messages sent by Plethico accounts originated from the IP address 182.72.43.50 (the ".50 IP address"). These messages were sent from fifteen different Plethico email accounts between May 7, 2013, and December 30, 2014. Attached hereto as **Exhibit D.2** is the "Whois" IP address registration information, as of April 3, 2015, pertaining to the .50 IP address, indicating that the IP address is a static IP address located in India. While messages sent by Plethico accounts originated from certain other IP addresses as well, for messages sent since approximately October 2013, I did not find any other originating IP addresses that resolved to India that were common to such a large number of Plethico accounts over a similarly lengthy period of time. (Prior to October 2013, there appeared to be another originating IP address, 124.247.212.138, common to many Plethico accounts.)

12. In my analysis, and as reflected in **Exhibit F**, I found that 29 (of 34) email messages sent by the Fabtech Yahoo accounts also originated from the .50 IP address. Four

4

messages sent by the Fabtech Yahoo accounts appear to have had their email header data truncated during transmission, and thus no originating IP address can be identified; one message originated from IP address 42.104.0.216.

13. Attached hereto as **Exhibits C.1, C.2, C.3, C.4, C.5,** and **C.6** are true and correct excerpts of email header information for a selection of email messages sent from Plethico accounts that originated from the .50 IP address. Attached hereto as **Exhibit D.1** is a list of email messages sent from Plethico accounts that originated from the .50 IP address.

14. Attached hereto as **Exhibits E.1, E.2, E.3, E.4, E.5,** and **E.6** are true and correct excerpts of email header information for a selection of email messages sent from the Fabtech Yahoo accounts that originated from the .50 IP address. Attached hereto as **Exhibit F** is a list of email messages sent from the Fabtech Yahoo accounts.

15. Based on the foregoing, as well as my training and experience as a forensic analyst, I conclude that since approximately October 2013, the .50 IP address represents an IP address assigned to a fixed location associated with Plethico in India, consistent with such location being Plethico's office(s). Therefore, I conclude that the messages sent by the Fabtech Yahoo accounts originating from the .50 IP address were sent from that location associated with Plethico in India.

**Embedded Link in Message Signatures**

16. During my analysis of email messages, I discovered repeated instances where emails sent from fabtechprojects@yahoo.com appeared to reference a linked image in the email signature that was not downloaded from the server and was instead replaced by an image depicting a box containing an "X". An email signature is a section of text that is often appended to the body of messages from a particular account that contains information such as a company name or logo, or the sender's contact information. Software used to compose and display email messages can support the use of HyperText Markup Language ("HTML"), a standard language used for the creation and display of web pages. When HTML is used as the format for the body of an email message, images can be inserted into the message by

either embedding the image itself or by linking to the image using a Uniform Resource Locator ("URL"), which can reference an image file on another server that must be downloaded into the message when the recipient views the email.  When a linked image is not downloaded by the email client, the linked image is often replaced by an image depicting a box containing an "X".  Attached hereto as **Exhibit G** is a true and correct copy of an email message with this characteristic.

17.     Further analysis of underlying HTML code used in messages sent from fabtechprojects@yahoo.com indicated the use of a specific URL for linking an image that appears to reference a server address located at the domain rediffmailpro.com as well as login information related to the Plethico email address ruchirparikh@plethico.com.  Attached hereto as **Exhibit H** is a true and correct excerpt of the HTML code from a message with this characteristic.  The mail exchanger (MX) record for the domain name plethico.com indicates that the email server used by Plethico is hosted at the address mail.rediffmailpro.com.  Attached hereto as **Exhibit I** is the Domain Name Service (DNS) record for the plethico.com domain.  Attached hereto as **Exhibit J** is a list of email messages containing this linked attachment and the specific URL referenced by the link.

**Document Metadata**

18.      Additionally, I performed forensic analysis of metadata contained in documents attached to email messages.  Document metadata can be used to determine when a file was last created, last saved, who it was authored by, who it was last saved by, when it was last printed and the software the document was created with.  The metadata information can be viewed through the "properties" section of a file and also through the use of third-party software.

19.     Gibson Dunn identified several email attachments and documents of interest on which to extract metadata and perform forensic analysis, including the following:

a.     Email attachment entitled "Project Status Report.pdf" that is attached to an email dated July 23, 2014, from the sender fabtechprojects@yahoo.com.  Attached hereto

as **Exhibit K.1** (Email with the subject: "Re: Fwd: Fwd : Natrol Project – Schedule") and **Exhibit K.2** (Attachment: "Project Status Report.pdf") are true and correct printouts of these documents, respectively.  Attached hereto as **Exhibit K.3** is the metadata pertaining to **Exhibit K.2**.  The "Author" metadata field in **Exhibit K.3** contains the name "Ruchir".

    b. Email attachments entitled "Project Tracker.pdf" and "Project Status Report.pdf" that are attached to an email dated August 6, 2014, from the sender fabtechprojects@yahoo.com.  Attached hereto as **Exhibit L.1** (Email with the subject: "Re: Natrol, Inc."), **Exhibit L.2** (Attachment: "Project Tracker.pdf") and **Exhibit L.3** (Attachment: "Project Status Report.pdf") are true and correct printouts of these documents, respectively. Attached hereto as **Exhibits L.4** and **L.5** is the metadata pertaining to **Exhibits L.2** and **L.3**, respectively.  The "Author" metadata field in both **Exhibits L.4** and **L.5** contains the name "Ruchir".

    c. The document entitled "Natrol_Turnkey_Draft.docx" that was located on the Mesrop Khoudagoulian Laptop.  Attached hereto as **Exhibit M.1** is a true and correct printout of the file "C:\Users\mesrop\Documents\contract\Natrol_Turnkey_Draft.docx". Attached hereto as **Exhibit M.2** is the metadata pertaining to **Exhibit M.1**.  The "Author" metadata field in **Exhibit M.2** contains the name "Poonam Sanghavi".

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed April _5_, 2015, at Vienna, Virginia.

_____
Charles J. Culley