IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : |
| LEAF123, INC. (F/K/A NATROL, INC.), et al., | : Chapter 11 |
| Debtors. | : Case No. 14-11446 (BLS) |
| | : (Jointly Administered) |
| NATROL LLC, | : |
| Plaintiff | : |
| vs. | : |
| PLETHICO PHARMACEUTICALS LIMITED, PLETHICO GLOBAL HOLDINGS B.V., PLETHICO US HOLDINGS KFT, LEAF123, INC. (F/K/A NATROL, INC.), LEAF123 HOLDINGS, INC. (F/K/A NATROL HOLDINGS, INC.), LEAF123 PRODUCTS, INC. (F/K/A NATROL PRODUCTS, INC.), LEAF123 DIRECT, INC. (F/K/A NATROL DIRECT, INC.), LEAF123 ACQUISITION CORP. (F/K/A NATROL ACQUISITION CORP.), LEAF123 NUTRITION, INC. (F/K/A PROLAB NUTRITION, INC.), AND LEAF123 RESEARCH INSTITUTE (F/K/A MEDICAL RESEARCH INSTITUTE), | : Adv. Pro. No. 15-50258 (BLS) |
| Defendants. | : |

**AGREED ORDER EXTENDING TEMPORARY RESTRAINING ORDER
AND SCHEDULING PRELIMINARY INJUNCTION HEARING**

This matter coming before the Court on *Plaintiff's Emergency Motion Pursuant to 11 U.S.C. § 105, Fed. R. Civ. P. 65 and Fed. R. Bankr. P. 7065 for Temporary Restraining Order*

*and Preliminary Injunction* (the "Motion")[1] and other pleadings filed in support thereof; and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), that venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and that notice of the Motion was sufficient under the circumstances; and based on (a) the Court's prior entry of the *Agreed Order Granting Plaintiff's Emergency Motion for Temporary Restraining Order and Scheduling Preliminary Injunction Hearing* [Adv. D.I. 16] (the "Temporary Restraining Order") and (b) counsels' agreement at the April 16, 2015 status conference in the above-captioned adversary proceeding to extend the terms of the Temporary Restraining Order; THE COURT HEREBY ORDERS THAT:

1. Pending further order of the Court:

    A. Jeff Perea, the independent CFO of the Debtors, is the sole signatory/debtor representative for the Debtors' bank accounts and the same shall not be modified by any party absent order of the Court; and

    B. Plethico Pharmaceuticals Limited, Plethico Global Holdings B.V., Plethico Us Holdings Kft, the Debtors, and any person or entity acting in concert with them or at their direction, including but not limited to any bank or holder of accounts of the Debtors, are prohibited and enjoined from taking any action to transfer or cause the transfer of any funds of the Debtors, whether held at or by any bank (including City National Bank), financial institution or other entity, with the exception of the payment of professional fees approved by order of the Court or transfers in the ordinary course of the Debtors' businesses not to exceed $100,000 in the aggregate in any given calendar week pursuant to section 363(c)(1) of the Bankruptcy Code.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

2.  This Order is entered without prejudice to the right of any party to seek relief from this Order.

3.  A hearing on Natrol LLC's request for preliminary injunctive relief (the "Preliminary Injunction Hearing") shall be held before The Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on May 8, 2015 at 9:30 a.m. (Eastern Daylight Time).

4.  This Order promptly shall be filed in the clerk's office and entered in the record. The terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

5.  Natrol LLC is authorized to immediately serve a copy of this Order on any bank or account holder believed to be holding funds belonging to the Debtors, including without limitation, City National Bank.

6.  The Court retains jurisdiction with respect to all matters arising from or relating to this Order.

Dated: April 16, 2015
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

RLF1 11779208v.2